UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
JASON MARK BEALE                                CASE NO. 20-10769
105 WOODBOURNE ROAD                             JUDGE BENJAMIN A. KAHN
GREENSBORO, NC  27410

    DEBTOR

SSN(1) XXX-XX-9243                              DATE: 04/16/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING, TX  75016-8088 | $18,473.58<br>INT: 5.25%<br>NAME ID: 59599<br>CLAIM #: 0010 | (V) VEHICLE-SECURED<br><br>ACCT: 3894<br>COMMENT: 16HOND |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $2,679.31<br>INT: .00%<br>NAME ID: 181492<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 0259<br>COMMENT: |
| CITIBANK NA<br>6716 GRADE LN BLG 9 STE 910<br>PY DEPT<br>LOUISVILLE, KY  40213 | $8,587.21<br>INT: .00%<br>NAME ID: 174688<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 0162<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0019 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX<br>P O BOX 3138<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 119336<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9243<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $8,083.03<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 2880<br>COMMENT: CITIBANK |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9243<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $3,420.00<br>INT: 5.25%<br>NAME ID: 161576<br>CLAIM #: 0011 | (V) VEHICLE-SECURED<br><br>ACCT: 0548<br>COMMENT: 05MAZD |
| ONEMAIN<br>P O BOX 3251<br>EVANSVILLE, IN  47731 | $3,381.33<br>INT: .00%<br>NAME ID: 161576<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 0548<br>COMMENT: SPLIT |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>SADINO FUNDING LLC<br>P O BOX 2489<br>KIRKLAND, WA  98083 | $18,031.21<br>INT: .00%<br>NAME ID: 183495<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 0347<br>COMMENT: FINWISE BANK |
| STATE EMPLOYEES CREDIT UNION<br>P O DRAWER 25279<br>RALEIGH, NC  27611 | $0.00<br>INT: .00%<br>NAME ID: 18587<br>CLAIM #: 0017 | (S) SECURED<br>SURRENDERED<br>ACCT: 1952<br>COMMENT: OC,SHARES,REL |
| STATE EMPLOYEES CREDIT UNION<br>P O DRAWER 25279<br>RALEIGH, NC  27611 | $8,151.94<br>INT: .00%<br>NAME ID: 18587<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 1952<br>COMMENT: SPLIT |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | MONTHLY PMT  $1,445.04<br>INT: .00%<br>NAME ID: 171334<br>CLAIM #: 0004 | (H) ONGOING-SECURED<br><br>ACCT: 1257<br>COMMENT: DT RERP,CTD EFF FEB21 |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | $4,335.12<br>INT: .00%<br>NAME ID: 171334<br>CLAIM #: 0005 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 1257<br>COMMENT: ARR NOV20 THRU JAN21 |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | $10,115.33<br>INT: .00%<br>NAME ID: 171334<br>CLAIM #: 0006 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 1257<br>COMMENT: ARR THRU OCT20 |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | MONTHLY PMT  $159.30<br>INT: .00%<br>NAME ID: 61972<br>CLAIM #: 0007 | (H) ONGOING-SECURED<br><br>ACCT: 0665<br>COMMENT: DT RERP,CTD EFF FEB21,321A,221A,121A,121A,1220A,1120A,1020A |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | $638.25<br>INT: .00%<br>NAME ID: 61972<br>CLAIM #: 0008 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 0665<br>COMMENT: ARR OCT20 THRU JAN21 |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | $0.00<br>INT: .00%<br>NAME ID: 61972<br>CLAIM #: 0009 | (H3) PRE-PETITION ARREARAGE-SECURED<br>AMENDED<br>ACCT: 0665<br>COMMENT: ARR THRU SEPT20 |
| **TOTAL:** | **$87,552.65** | |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10769

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| JULIE H MORRISON ESQ<br>IVEY & EGGLESTON<br>111 WORTH ST<br>ASHEBORO, NC  27203 | $1,425.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>   Clerk, U.S. Bankruptcy Court
>   101 S. Edgeworth Street
>   P.O. Box 26100
>   Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  04/16/2021                                           OFFICE OF THE CHAPTER 13 TRUSTEE

>                                       By:  /s/  Gayle McFarland
>                                            Clerk
>                                            Chapter 13 Office
>                                            500 W FRIENDLY AVE STE 200
>                                            P O BOX 1720
>                                            GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice